1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NUNEZ,<br><br>                                    Plaintiff,<br><br>v.<br><br>ALIBABA GROUP (U.S.), INC.;<br>ALIBABA GROUP HOLDING, LTD.;<br>ALIBABA.COM HONG KONG, LTD.;<br>ALI-EXPRESS E-COMMERCE ONE<br>PTE., LTD.; ALIBABA.COM<br>SINGAPORE E-COMMERCE PRIVATE<br>LIMITED; INTELLIGENT WALKING<br>STORE; and DOES I through XX,<br>Inclusive,<br><br>                                    Defendants. | Case No.: 24cv90-JES (SBC)<br><br>**ORDER REQUESTING A<br>RESPONSE** |

On January 19, 2024, Defendants Ali-Express E-Commerce One Pte. Ltd and Alibaba Group (U.S.), Inc. filed Motions to Dismiss.  ECF Nos. 5, 6.  Both motions are set for hearing on February 28, 2024.  On January 24, 2024, Plaintiff filed a motion to remand.  ECF No. 7.  In the motion to remand, Plaintiff requests that the Court postpone the hearing and related briefing on Defendants' motions to dismiss until after the motion

//

//

1

for remand is decided.  *Id.* at 5.  Before ruling upon this request, the Court requests that Defendants file a response stating their position on the request by **<u>January 31, 2024</u>**.

  **IT IS SO ORDERED**

Dated: January 25, 2024

_____
Honorable James E. Simmons Jr.
United States District Judge